◼ LISA FORSYTHE-KANE et al., Respondents, v TOWN OF YORKTOWN, Appellant. [644 NYS2d 329]

The record supports the Supreme Court's determination that, after an index number was purchased by the plaintiffs *(see,* CPLR 306-a), the action was properly commenced by the timely filing of the summons and complaint thereunder *(see,* CPLR 304), and the defendant was subsequently timely served with the pleadings *(see,* CPLR 306-b). Hence, contrary to the defendant's contention, the plaintiffs' inadvertent endorsement of another index number from a prior proceeding between the parties on the summons in this action constituted a mere irregularity rather than a jurisdictional defect warranting dismissal of the action *(see, Tufano v Tufano,* 220 AD2d 407; *Cellular Tel. Co. v Village of Tarrytown,* 209 AD2d 57; *Chira v Global Med. Review,* 160 Misc 2d 368). Moreover, the Supreme Court properly granted the plaintiffs' motion for leave to amend the summons since the defendant was not prejudiced thereby *(see,* CPLR 305 [c]). Bracken, J. P., O'Brien, Goldstein and Florio, JJ., concur.